United States Courts
Southern District of Texas
FILED
April 30, 2025
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. H-25- |
| JOSE LUIS de JONGH ATENCIO | § | 4:25-cr-214 |

# INDICTMENT

The United States Grand Jury charges:

## COUNT ONE
### Fraud in the Procurement of Citizenship, 18 U.S.C. § 1425(b)

From on or about September 1, 2014, until on or about May 13, 2015, in the Houston Division of the Southern District of Texas and elsewhere,

**JOSE LUIS de JONGH ATENCIO,**

Defendant herein, did knowingly procure and obtain naturalization and citizenship for himself to which he was not entitled, to wit: when asked whether he had committed any crime for which he had not been arrested, the Defendant answered "No" and failed to reveal that he had committed the crime of conspiracy to commit money laundering, committed from 2013 until on or about 2019, and the Defendant did not reveal these crimes when interviewed by United States Citizenship and Immigration Services or on his Application for Naturalization, so that the Defendant

1

was, therefore, ineligible to be admitted to citizenship since he was unable to establish good moral character because he has given false testimony for the purpose of obtaining a benefit under the Immigration and Nationality Act.

In violation of Title 18, United States Code, Section 1425(b).

TRUE BILL:

Original Signature on File

_____
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
Acting United States Attorney

_____
JAY HILEMAN
Assistant United States Attorney